No. 04–7863. MITCHELL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–7868. GILDON v. BOWEN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 04–7870. BLANKENSHIP v. BASKERVILLE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 04–7872. LAMAR v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 04–7874. VERNON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–7879. RAZO v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–7881. PERKINS v. WADDINGTON, SUPERINTENDENT, STAFFORD CREEK CORRECTIONS CENTER. Ct. App. Wash. Certiorari denied.

No. 04–7882. POFF ET AL. v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 04–7886. DORET v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 04–7890. KILLINS v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–7892. SCIBLE v. HAINES, WARDEN. Cir. Ct. Pendleton County, W. Va. Certiorari denied.

No. 04–7894. RASMUSSEN v. NATIONAL TRANSPORTATION SAFETY BOARD ET AL. C. A. D. C. Cir. Certiorari denied.

No. 04–7895. SMITH v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–7898. PETIT v. YUKINS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–7902. COLLINS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.